UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-80708-CIV-MARRA/JOHNSON

CHRISTOPHER A. TATE and
LERON J. BEDWARD,

    Plaintiffs,

vs.

C.E. BRADLEY LABORATORIES, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Motion to Dismiss [DE 7] and Plaintiff Leron J. Bedward's Motion for Entry of Default [DE 5].

THIS MATTER was referred to the Honorable Linnea R. Johnson, United States Magistrate Judge, Southern District of Florida. A Report and Recommendation, dated January 11, 2008, has been filed, recommending that the District Court deny in part and grant in part Defendant's Motion to Dismiss [DE 7], deny as moot Plaintiff Bedward's Motion for Entry of Default [DE 5], transfer Plaintiff Tate's claim to the United States District Court for the District of Vermont and dismiss without prejudice Tate's claim.

The Court has conducted a <u>de novo</u> review of the entire file and record herein. No objections have been filed. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

    1)    United States Magistrate Judge Johnson's Report and Recommendation be, and the same is **RATIFIED, AFFIRMED and APPROVED** in its entirety.

    2)    Defendant's Motion to Dismiss [DE 7] is **DENIED IN PART AND GRANTED**

**IN PART**.  Plaintiff Tate's claim is **DISMISSED WITHOUT PREJUDICE**.

3) Plaintiff Bedward's Motion for Entry of Default [DE 5] is **DENIED AS MOOT**.

4) The Clerk shall **TRANSFER** this action to the United States District Court for the District of Vermont.  Plaintiff Bedward is allowed **60 days from the date of the entry of this Order** to effect valid service of process on Defendant.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 19th day of February 2008.

_____

KENNETH A. MARRA
United States District Judge

Copies to:

Magistrate Judge Linnea R. Johnson

Christopher Tate,  pro se
180 Jamaica Drive
Palm Springs, FL 33461

All counsel of record